FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 19 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 6:17CR 26<br>Judge RC/JDL |
| JUAN ANTONIO RODRIGUEZ-CASTRO | § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a)
(Illegal reentry following removal)

On or about March 31, 2017, in Smith County, in the Eastern District of Texas, the defendant **Juan Antonio Rodriguez-Castro,** an alien, who had previously been removed from the United States to Mexico on May 17, 2016, and who had not received the consent of the Secretary of the Department of Homeland Security to re-apply for admission, was found to be knowingly and unlawfully in the United States.

In violation of 8 U.S.C. § 1326(a).

Indictment - Page 1

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____       4/19/17
ALLEN H. HURST                              Date
Assistant United States Attorney
Texas Bar Card No. 10313280
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Allen.hurst@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | NO. 6:17CR |
| JUAN ANTONIO RODRIGUEZ-CASTRO | § | |

## NOTICE OF PENALTY

### Count One

Violation:      8 U.S.C. § 1326(a)

Penalty:      Imprisonment for not more than 2 years, a fine not to exceed $250,000.00, or both; and supervised release of not more than one year.

Special Assessment:      $100.00